UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARELLE TYREECE RICHARD,<br>   Plaintiff,<br>   v.<br>WEBSTER, et al.,<br>   Defendants. | Case No. 21-cv-02325-EMC<br><br>**ORDER REGARDING PLAINTIFF'S PAYMENT MOTION**<br><br>Docket No. 11 |

   Darelle Richard, an inmate at North Kern State Prison ("NKSP"), filed this *pro se* civil rights action under 42 U.S.C. § 1983 complaining of an incident that occurred at San Bruno Jail. *See* Docket No. 1 ("Complaint"). Mr. Richard moved to proceed in forma pauperis, *see* Docket No. 6, and the Court denied this request because Mr. Richard was insufficiently indigent, *see* Docket No. 10. Mr. Richard subsequently asked the Court "to deduct the filing fee" from his account, "or direct [NKSP] to perform such transaction," or to "send direction" on how Mr. Richard may ask NKSP to process a payment. Docket No. 11.

   To the extent Mr. Richard asks the Court to deduct a filing fee from Mr. Richard's trust account, this motion is denied because the Court does not have the ability to do so. To the extent Mr. Richard asks the Court to order officials at NKSP to process a payment without further action from Mr. Richard, this motion is denied because the Court does not have jurisdiction over those officials. *See Bradford v. Pickett*, No. 3:20-CV-0449-AJB-MSB, 2021 WL 4060532, at *2 (S.D. Cal. Sept. 7, 2021) (explaining that the court lacked jurisdiction to compel an action by prison trust account officials, where those officials had not been named in the action at bar).

   To the extent Mr. Richard seeks instruction from the Court, the Court believes Mr. Richard

1  must submit a completed Form 193 Trust Account Withdrawal Order to the NKSP trust office.
2  The Operations Manual for the California Department of Corrections and Rehabilitation states that
3  inmates are to request payment of state court filing fees by this method,[1] and the Court sees no
4  reason why payment of federal court filing fees would follow a different procedure.

5  <u>However</u>, the Court cautions Mr. Richard that it has no expertise in the methods by which
6  inmates are to seek payment of filing fees, nor does it have expertise with the procedures
7  employed by NKSP. Accordingly the Court suggests that Mr. Richard show this Order to his
8  correctional counselor and/or the litigation coordinator for NKSP, request further instruction, and
9  comply with whatever instructions are given. It is requested that NKSP officials inform Mr.
10 Richard of the process by which he may pay the filing fee for the instant action. *See Smith v.*
11 *Escrow & Cnty. Treasury*, No. 1:07-CV-00636 AWIGSA, 2008 WL 111074, at *1 (E.D. Cal. Jan.
12 9, 2008) (asking prison officials to provide payment information to plaintiff).

13 In light of Mr. Richard's difficulty, the Court sua sponte grants Mr. Richard an extension
14 of time to pay the filing fee. Mr. Richard must pay the full filing fee by **November 4, 2022**.

15 For Mr. Richard's benefit, the Court notes that this order does not reach the merits of his
16 action. Even if Mr. Richard pays the filing fee, his allegations still must survive the Court's
17 screening before they may be served upon Defendants. *See* 28 U.S.C. § 1915A(a)-(b) (requiring
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///

---

[1] "The [state court filing] fee is to be charged to the inmate's trust fund. Inmates shall fill out a CDC Form 193, Trust Account Withdrawal Order, specifically identifying the purpose of the withdrawal, the parties associated with the action, and the court where the filing is to be sent. The CDC Form 193 shall be processed in the trust office . . . ." Cal. Dep't of Corrections & Rehabilitation, Operations Manual, § 14010.19.1 (subsection revised Feb. 11, 2013, manual updated through Jan. 1, 2022), *available at* https://www.cdcr.ca.gov/regulations/cdcr-regulations/dom-toc/.

district courts to conduct a pre-service review of any complaint filed by a prisoner, and to dismiss any complaint which is frivolous, malicious, fails to state a claim upon which relief may be granted, or which seeks monetary relief from an immune defendant).

This order disposes of Docket No. 11.

**IT IS SO ORDERED**.

Dated: September 21, 2022

_____
EDWARD M. CHEN
United States District Judge